UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY HARRIS SCIPPIO, :
:
    Plaintiff, :
:
v. : Civil Action No. 07-1353 (JR)
:
ISIDRO DE MORAIS PEREIRA, :
:
    Defendant. :

**NOTICE UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

    The plaintiff will TAKE NOTICE that this action will be dismissed without prejudice pursuant to Fed. R. Civ. P 4(m) on December 21, 2007, unless a waiver of service (Fed. R. Civ. P. 4(d)) or proof of service (Fed. R. Civ. P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.

                                              JAMES ROBERTSON
                                  United States District Judge