UNITED STATES DISTRICT COURT
For the District of Columbia

| | | |
|---|---|---|
| BETTY HARRIS SCIPPIO | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-1353 (JR) |
| | : | |
| ISIDRO DE MORAIS PEREIRA | : | |
|     Defendant. | : | |

PLAINTIFF'S MOTION TO EXTEND TIME TO EFFECT SERVICE
OF SUMMONS AND COMPLAINT

Pursuant to Rules 4(e)(1), 4(f)(2)(C) and 6(b)(1) of the Federal Rules of Civil Procedure and 50 D.C. Code 1301.07(a), the Plaintiff Betty Harris Scippio respectfully moves this Court to grant an extension of the time to effect service of the *Summons* and *Complaint* in this matter upon Defendant Isidro de Morais Pereira. In support of this motion, the Plaintiff respectfully states the following:

1. This is an action for personal injuries suffered by a resident of the District of Columbia who was involved in a traffic accident with a citizen of Brazil who was also a member of its diplomatic mission.

2. When she attempted to effect service upon the Defendant at his last-known address in Potomac, Maryland, the Plaintiff's process server was informed by the current resident that the Defendant had returned to Brazil in approximately 2006.

3. Since it would be impracticable and expensive to attempt to effect service upon the Plaintiff in Brazil, the Plaintiff's preference is to effect substituted service upon the

Mayor of the District of Columbia pursuant to Rules 4(e)(1)[1] and 4(f)(2)(C)[2] of the Federal Rules of Civil Procedure and the substituted service provisions of 50 D.C. Code 1301.07(a), which provides that:

> (a) The operation by a nonresident or by his agent of a motor vehicle on any public highway of the District of Columbia shall be deemed equivalent to an appointment by such nonresident of the Mayor or his successor in office to be his true and lawful attorney upon whom may be served all lawful processes in any action or proceedings against such nonresident growing out of any accident or collision in which said nonresident or his agent may be involved while operating a motor vehicle on any such public highway, and said operation shall be a signification of his agreement that any such process against him, which is so served, shall be of the same legal force and validity as if served upon him personally in the District of Columbia. Service of such process shall be made by leaving a copy of the process with a fee of $2 in the hands of the Mayor or in his office, and such service shall be sufficient service upon the said nonresident; provided, that the plaintiff in such action shall first file in the court in which said action is commenced an undertaking in form and amount, and with 1 or more sureties, approved by said court, to reimburse the defendant, on the failure of the plaintiff to prevail in the action, for the expenses necessarily incurred by the defendant, including a reasonable attorney's fee in an amount to be fixed by the said court in defending the action in the District of Columbia, except that nothing contained in this proviso shall be construed to require the United States or the District of Columbia to file the undertaking hereby required; and provided further, that notice of such service and a copy of the process are forthwith sent by registered mail by the plaintiff, or his attorney, to the defendant, and the

---

[1] In pertinent part, Federal Rule of Civil Procedure 4(e) provides that:

Unless federal law provides otherwise, an individual — other than a minor, an incompetent person, or a person whose waiver has been filed — may be served in a judicial district of the United States by:

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made . . .

[2] In pertinent part, Federal Rule of Civil Procedure 4(f) provides that:

Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in a place not within any judicial district of the United States:

. . .

(2) doing any of the following:

. . .

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

2

defendant's return receipt appended to the writ and entered with the declaration, or such notice of such service and a copy of the process may be served upon the defendant in the manner provided by § 13-108. The court in which the action is pending may order such continuances as may be necessary to afford the defendant a reasonable opportunity to defend the action, and no judgment by default in any such action shall be granted until at least 20 days shall have elapsed after service upon the defendant, as hereinabove provided, of a copy of the process and notice of service of said process upon the Mayor.

4.   In order to permit this Court to establish the form and amount of the undertaking which she is required to file prior to effecting substituted service upon the Mayor of the District of Columbia, the Plaintiff would respectfully move this Court to (i) extend the impending December 21, 2007, service deadline for an additional ninety days and (ii) schedule a hearing where this Court can specify the form and amount of that undertaking.

5.    Since the Defendant has yet to be served or enter an appearance in this matter, the Plaintiff has not sought his consent to the relief requested in this motion.

**Wherefore**, for the above grounds and such others as may appear upon a full hearing on this matter, the Plaintiff respectfully requests that this motion be granted.

Respectfully submitted,

/S/ James Thomas Maloney #254102
Maloney & Mohsen PLLC
5309 Connecticut Avenue, NW
Building 1
Washington, DC 20008-1163
Tel: (202) 237-6800  x202
Fax: (202) 966-5270
E-mail: verdict@verizon.net

*Counsel For the Plaintiff*

Points and Authorities

1. F.R.Civ.P. 4(e)(1).

2. F.R.Civ.P. 4(f)(2)(C).

3. F.R.Civ.P. 6(b)(1).

4. 50 D.C. Code 1301.07(a)

5. The record herein.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion was mailed, first class postage prepaid, to the Defendant Isidro de Morais Pereira at his last-known home address of 8605 Fox Run, Potomac, Maryland 20854, on December 17, 2007.

.

/S/ James Thomas Maloney

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| BETTY HARRIS SCIPPIO | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-1353 (JR) |
| | : | |
| ISIDRO DE MORAIS PEREIRA | : | |
|     Defendant. | : | |

# ORDER

Upon consideration of the Plaintiff's *Motion to Extend Time to Effect Service of Summons and Complaint*, it is this _____ day of _____, 2007, hereby:

ORDERED, that the Plaintiff's motion is GRANTED; and it is

FURTHER ORDERED, that the time for the service of the *Summons* and *Complaint* in this matter upon the Mayor of the District of Columbia as agent for the Defendant Isidro de Morais Pereira be continued up to and including _____, 2008; and it is

FURTHER ORDERED, that a hearing to determine the form and amount of the undertaking required by 50 D.C. Code 1301.07(a) be conducted before this Court at _____ a.m./p.m. on _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to electronically served upon or mailed to:

James T. Maloney, Esq.
Maloney & Mohsen PLLC
5309 Connecticut Avenue, NW
Building 1
Washington, DC 20008-1163

Isidro de Morais Pereira
8605 Fox Run
Potomac, Maryland 20854