```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


BETTY HARRIS SCIPPIO,            :
                                 :
        Plaintiff,               :
                                 :
   v.                            :  Civil Action No. 07-1353 (JR)
                                 :
ISIDRO DE MORAIS PEREIRA,        :
                                 :
        Defendant.               :
```

### ORDER

Plaintiff's motion for an extension of time to serve summons and complaint [#3] is **granted** to and including March 21, 2008.  The Clerk is directed to schedule a hearing for the purpose of determining the form and amount of the undertaking that will be required under 50 D.C. Code 1301.07(a).  It is **SO ORDERED**.


                                          JAMES ROBERTSON
                                     United States District Judge