UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY HARRIS SCIPPIO       : | |
|     Plaintiff,       : | |
| : | |
| v.       : | Civil Action No. 07-1353 (JR) |
| : | |
| ISIDRO DE MORAIS PEREIRA       : | |
|     Defendant.       : | |

# ORDER

Pursuant to Rules 4(e)(1), 4(f)(2)(C) and 6(b)(1) of the Federal Rules of Civil Procedure and 50 D.C. Code 1301.07(a) and upon consideration of the representations made by the Plaintiff's counsel at the March 28, 2008, status hearing in this matter, it is this ____ day of _____, 2008, hereby:

ORDERED, as is required by 50 D.C. Code 1301.07(a), the Plaintiff – either individually or through her counsel – shall file an undertaking with the Clerk of this Court in the amount of FIVE HUNDRED DOLLARS ($500.00) in cash; and it is

FURTHER ORDERED, that the time for the service of the *Summons* and *Complaint* in this matter upon the Mayor of the District of Columbia as agent for the Defendant Isidro de Morais Pereira shall be enlarged up to and including May 27, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to electronically served upon or mailed to:

James T. Maloney, Esq.
Maloney & Mohsen PLLC
5309 Connecticut Avenue, NW
Building 1
Washington, DC 20008-1163

Isidro de Morais Pereira
c/o Leslie Banks
Progressive Insurance Company
6980 Muirkirk Meadows – Suite A
Beltsville, MD 20705