UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


BETTY HARRIS SCIPPIO,

    Plaintiff

      v.                                      Civil Action No. 07-1353 (JR)

ISIDRO DE MORAIS PEREIRA

    Defendant


## DEPOSIT OF FUNDS


```
DUPLICATE

Court Name: District of Columbia
Division: 1
Receipt Number: 4616011736
Cashier ID: aludd
Transaction Date: 04/17/2008
Payer Name: BETTY HARRIS SCIPPIO
--------------------------------
TREASURY REGISTRY
 For: BETTY HARRIS SCIPPIO
 Case/Party: D-DCX-1-07-CV-001353-001
 Amount:      $500.00
--------------------------------
CASH
 Amt Tendered:  $500.00
--------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY HARRIS SCIPPIO          :
    Plaintiff,          :
                          :
        v.          :          Civil Action No. 07-1353 (JR)
                          :
ISIDRO DE MORAIS PEREIRA          :
    Defendant.          :

## ORDER

Pursuant to Rules 4(e)(1), 4(f)(2)(C) and 6(b)(1) of the Federal Rules of Civil Procedure and 50 D.C. Code 1301.07(a) and upon consideration of the representations made by the Plaintiff's counsel at the March 28, 2008, status hearing in this matter, it is this 1⁴ᵗʰ day of April, 2008, hereby:

ORDERED, as is required by 50 D.C. Code 1301.07(a), the Plaintiff – either individually or through her counsel – shall file an undertaking with the Clerk of this Court in the amount of FIVE HUNDRED DOLLARS ($500.00) in cash; and it is

FURTHER ORDERED, that the time for the service of the *Summons* and *Complaint* in this matter upon the Mayor of the District of Columbia as agent for the Defendant Isidro de Morais Pereira shall be enlarged up to and including May 27, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to electronically served upon or mailed to:

James T. Maloney, Esq.
Maloney & Mohsen PLLC
5309 Connecticut Avenue, NW
Building 1
Washington, DC 20008-1163

Isidro de Morais Pereira
c/o Leslie Banks
Progressive Insurance Company
6980 Muirkirk Meadows – Suite A
Beltsville, MD 20705