AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BETTY HARRIS SCIPPIO

**SUMMONS IN A CIVIL CASE**

V.

ISIDRO DE MORAIS PEREIRA

CASE NUMBER:    1:07-cv-01353-JR

TO: (Name and address of Defendant)

Isidro de Morais Pereira
8605 Fox Run
Potomac, Maryland 20854

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Thomas Maloney
Maloney & Mohsen PLLC
5039 Connecticut Avenue, NW - Building 1
Washington, DC 20008

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**        **MAY 2 2 2008**

CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | May 23, 2008 at 1:30pm |
| NAME OF SERVER (PRINT) Linda Lee | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Tabitha Braxton administrative assistant Black female 30-40 years of age, 5'5 tall, no glasses, at the Ohio Sec Secretary located at 1350 Pennsylvania Avenue, NW Room 419 Washington, DC 20004

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 28, 2008      Linda Lee
               Date              Signature of Server

5039 Connecticut Avenue, NW Bldg. One, Washington, DC 20008
               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.