**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BETTY HARRIS SCIPPIO** | * |
|     **Plaintiff** | * |
|     v. | *   Case No. 1:07-cv-01353-JR |
| **ISIDRO DE MORAIS PEREIRA** | * |
|     **Defendant** | * |

### ANSWER TO COMPLAINT

COMES NOW the Defendant, Isidro De Morais Pereira, by and through counsel, Michael A. DeSantis, Esquire and HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP, and in Answer to the Complaint, states as follows:

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The Plaintiff's claims are barred by the applicable statute of limitations.

### THIRD DEFENSE

The Plaintiff was contributorily negligent.

### FOURTH DEFENSE

The Plaintiff assumed the risk of injuries.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

**FIFTH DEFENSE**

The Defendant generally denies any and all liability contained in the allegations of the Complaint.

**SIXTH DEFENSE**

The Plaintiff has failed to mitigate damages.

**SEVENTH DEFENSE**

The Plaintiff's claims are barred by the doctrine of immunity and diplomatic immunity.

**EIGHTH DEFENSE**

The Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraphs 1, 3, and 9 of the Complaint and therefore said allegations are hereby specifically denied.

The Defendant admits the allegations contained in paragraphs 4, 5, and 6 of the Complaint.

The Defendant specifically denies the allegations contained in paragraphs 7 and 8 of the Complaint.

The Defendant denies that he is a resident of the State of Maryland, and is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 2 of the Complaint, and at this time can neither admit or deny those remaining allegations.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

>    Respectfully submitted,
>
>    HARTEL, KANE, DeSANTIS,
>      MacDONALD & HOWIE, LLP
>
>
>    /s/ Michael A. DeSantis
>    Michael A. DeSantis, #422602
>    11720 Beltsville Drive, Suite 500
>    Beltsville, MD 20705-3166
>    Telephone: (301)486-1200
>    Facsimile: (301)486-0935
>    Email: mdesantis@hartelkane.com
>    Attorney for Defendant

**REQUEST FOR JURY TRIAL**

The Defendant, through counsel, requests a trial by jury as to all issues herein.

>    /s/ Michael A. DeSantis
>    Michael A. DeSantis

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2008, a copy of the foregoing was mailed, first-class, postage prepaid to, and/or electronically served on:

>    James T. Maloney, Esquire
>    4201 Connecticut Avenue, N.W., Suite 500
>    Washington, D.C.  20008-1163

>    /s/ Michael A. DeSantis
>    Michael A. DeSantis, #422602



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

-3-