# UNITED STATES DISTRICT COURT
For the District of Columbia

| | | |
|---|---|---|
| BETTY HARRIS SCIPPIO | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-1353 (JR) |
| | : | |
| ISIDRO DE MORAIS PEREIRA | : | |
|     Defendant. | : | |

## JOINT MEET AND CONFER REPORT

Pursuant to L.Cv.R. 16.3, the parties to this action respectfully submit the following joint meet and confer report.

1. This is an action for personal injuries suffered by a resident of the District of Columbia who was allegedly involved in a traffic accident with a citizen of Brazil who was also a member of its diplomatic mission. Jurisdiction over the subject-matter and parties to this action is conferred upon this Court pursuant to its original jurisdiction, 28 U.S.C. 1331, 28 U.S.C. 1351 and 22 U.S.C. 254a, as well as its diversity jurisdiction, 28 U.S.C. 1332 and 28 U.S.C. 1605

2. The parties suggest that this matter be placed on the Standard case track. No dispositive motions have been filed to date.

3. At present, the parties are unaware of any other parties to be joined in this action. Whether some of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

4. The Plaintiff and Defendant have no objection to the assignment of this case to a Magistrate Judge for all purposes.

5. There is a realistic possibility of settling the case.

6. The Plaintiff is willing to engage in mediation at any time, including prior to the initiation of discovery. The Defendant will need discovery consisting of at least answers to interrogatories, responses to document requests, and the discovery deposition of the Plaintiff, before discussing settlement.

7. The parties propose that the deadline for dispositive motions should be at least thirty days after the conclusion of discovery.

8. The parties have agreed to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

9. The parties propose twenty-five interrogatories and five depositions per side. The parties propose that all discovery including answers to interrogatories, document production, responses to requests for admissions, and depositions be concluded by 120 days from the scheduling conference on July 2, 2008. The parties have not agreed to waive the one day/seven hour per deposition requirement of Fed. R. Civ. P. 30(d).

10. Pursuant to the Case Tracking Schedule typically followed by this Court, the parties propose that (i) witness lists and written discovery requests be exchanged not later than September 2, 2008, (ii) the Plaintiff's Rule 26(a)(2) expert witness reports be filed not later than September 2, 2008, (ii) the Defendant's initial expert witness reports be filed not later than

October 2, 2008, (iv) any supplemental expert witness reports be filed not later than October 16, 2008, and (v) discovery close on November 3, 2008.

11. At this time, the parties do not believe that either trial or discovery should be bifurcated or managed in phases.

12. The parties propose that the pretrial conference be scheduled thirty days after this Court rules on any dispositive motions.

13. The parties suggest that the trial date should be set at the pretrial conference.

14. At this time, there are no other matters appropriate for inclusion in a scheduling order.

                              Respectfully submitted,

                              /S/ James T. Maloney #254102
                              Maloney & Mohsen PLLC
                              5039 Connecticut Avenue, N.W. Building
                              Washington, D.C. 20008-1163
                              Telephone: (202) 237-6800  x202
                              Facsimile: (202) 966-5270
                              Email: verdict@verizon.net
                              *Counsel For Plaintiff*

                              /S/Michael A. DeSantis, #422602
                              HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP
                              11720 Beltsville Drive, Suite 500
                              Beltsville, MD 20705-3166
                              Telephone: (301)486-1200
                              Facsimile: (301) 486-0935
                              Email: mdesantis@hartelkane.co
                              *Counsel For Defendant*

# UNITED STATES DISTRICT COURT
For the District of Columbia

| | | |
|---|---|---|
| BETTY HARRIS SCIPPIO | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-1353 (JR) |
| | : | |
| ISIDRO DE MORAIS PEREIRA | : | |
| Defendant. | : | |

## SCHEDULING ORDER

In order to manage the above-captioned civil case in a manner fair to the litigants and consistent with the parties' interest in completing this litigation in the shortest possible time and at the least possible cost, it is this ___ day of July, 2008, hereby

**ORDERED**, that:

1. The parties may dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

2. The parties shall be permitted to propound twenty-five interrogatories and conduct five depositions per side.

3. The parties' witness lists and written discovery requests shall be exchanged not later than September 2, 2008.

4. The Plaintiff's Rule 26(a)(2) expert witness reports shall be filed not later than September 2, 2008.

5.  The Defendant's initial expert witness reports shall be filed not later than October 2, 2008.

6.  Any supplemental expert witness reports shall be filed not later than October 16, 2008.

7.  Discovery shall close on November 3, 2008.

8.  An interim status conference shall be conducted at _____a.m. on _____, 2008.

12. Dispositive motions shall be filed on or before _____, 200\_\_.

13. Oppositions to those motions shall be filed on or before _____, 200\_\_.

14. Replies to those oppositions shall be filed on or before _____, 200\_\_.

**SO ORDERED**.

JAMES ROBERTSON
United States District Judge