**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**BETTY HARRIS SCIPPIO**            *

      **Plaintiff**            *

    v.            *   **Case No. 1:07-cv-01353-JR**

**ISIDRO DE MORAIS PEREIRA**            *

      **Defendant**            *

**CONSENT TO PROCEED BEFORE**
**A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 63(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

 /s/ James T. Maloney              July 1, 2008
James T. Maloney, Esquire
4201 Connecticut Avenue, N.W., Suite 500
Washington, D.C.   20008-1163
202-237-6800 ext. 202
Attorney for Plaintiff


 /s/ Michael A. DeSantis           July 1, 2008
Michael A. Desantis, Esquire
11720 Beltsville Drive, Suite 500
Beltsville, MD 20705-3166
Telephone: (301)486-1200
Attorney for Defendant


NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§636(c)(3) and the foregoing consent of the parties

_____
United States District Judge          Date



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

E:\MAD\Scippio v. Pereira\Consent to Proceed Before a Magistrate Judge.7.1.08.mwh.wpd