IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BETTY HARRIS SCIPPIO          *

       Plaintiff          *

v.                            *     Case No. 1:07-cv-01353-JR

ISIDRO DE MORAIS PEREIRA      *

       Defendant          *

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 63(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          7/1/08
James T. Maloney, Esquire /w/ permission
4201 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20008-1163
202-237-6800 ext. 202
Attorney for Plaintiff


_____          7/1/08
Michael A. Desantis, Esquire
11720 Beltsville Drive, Suite 500
Beltsville, MD 20705-3166
Telephone: (301)486-1200
Attorney for Defendant

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone (301) 486-1200
Facsimile (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§636(c)(3) and the foregoing consent of the parties

_____    _____7/2/08_____
United States District Judge              Date



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone (301) 486-1200
Facsimile (301) 486-0935

―――――

5924 North 15th Street
Arlington, Virginia 22205

E:\MAD\Scippio v. Pereira\Consent to Proceed Before a Magistrate Judge.7.1.08.mwh.wpd