REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: B

| CAUSE OF ACTION: | Federal Question: Personal Injury | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-1353 | DATE REFERRED:<br>7/2/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>For all further proceedings & the entry of judgment in accordance with 28 U.S.C. 636(c)(3) and the consent of the parties | JUDGE:<br>James Robertson | MAG. JUDGE |
| PLAINTIFF(S):<br>Betty Harris Scippio | | DEFENDANT(S):<br>Isidro De Morais Pereira | | |

ENTRIES: