UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY HARRIS SCIPPIO,<br>　　　　　Plaintiff,<br><br>v.<br><br>ISIDRO DE MORAIS PEREIRA,<br>　　　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 07-1353 (AK)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Plaintiff's Consent Motion to Release and Return Undertaking [14] and the representation therein that the parties have entered into a settlement without any admission of liability which will result in the dismissal with prejudice of the Plaintiff's Complaint, it is this 20th day of August, 2008, hereby,

ORDERED that the Clerk of the Court shall release and return the five hundred dollar undertaking paid on April 17, 2008, in a check or other form of negotiable instrument made payable to "Betty Harris Scippio" in the amount of FIVE HUNDRED DOLLARS ($500.00), and it is further

ORDERED that either the Plaintiff, herself, or her counsel of record, James T. Maloney, Esq. Shall be permitted to pick up the aforesaid check or negotiable instrument from the Office of the Clerk of the Court.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　ALAN KAY
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE